**Robert L. SHIRKEY, Appellant,**

v.

**UNITED STATES FIDELITY & GUARANTY CO., Respondent.**

**No. WD 33792.**

Missouri Court of Appeals,
Western District.

Oct. 18, 1983.

James S. Formby, Kansas City, for appellant.

Clyde G. Meise and H. William McIntosh of Meise, Cope, Coen & McIntosh, Kansas City, for respondent.

Before SOMERVILLE, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

This is an action for declaratory judgment seeking determination of rights and liabilities within an indemnity agreement between the parties.

Judgment affirmed. Rule 84.16(b).